IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

HERBERT L. CAMPBELL,

Plaintiff,

vs.

ROBERT B. EVNEN, Secretary of State of
the State of Nebraska;

Defendant.

**8:24CV394**

**MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiff Herbert L. Campbell's Objection. Filing No. 27. Plaintiff moves the Court "for an order granting hi[s] request to deny the order of Judge John M. Gerrard implicated recusal" claiming, without any basis, that Judge Gerrard has "prejudice[d] his civil case based on his colluding or conspiring with the defendant." Filing No. 27 at 1, 3. On April 21, 2025, Judge Gerrard entered an order recusing himself from this case because the case could implicate the circumstances described in 28 U.S.C. §§ 455(a) & (b). Filing No. 23. The case was then reassigned to the undersigned, Filing No. 24, and a Memorandum and Order, Filing No. 25 and Judgment, Filing No. 26, were entered on April 22, 2025, dismissing this case for lack of subject matter jurisdiction.

Upon review, the Court finds no basis for granting Plaintiff's objection to Judge Gerrard's order of recusal as Plaintiff's conclusory accusations lack any basis in fact or reality and as the Court has dismissed Plaintiff's case for lack of subject matter jurisdiction. Accordingly,

IT IS ORDERED that: Plaintiff's Objection, Filing No. 27, is denied.

Dated this 5th day of May, 2025.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge